AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN  *Plaintiff(s)* | ) ) ) ) ) ) | 0:21-cv-62084-WPD |
| v. | ) | |
| PINNACLE AUTO REPAIR LLC, a Florida Limited Liability Company and STONETRUST INVESTORS, INC., a Florida Profit Corporation  *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   PINNACLE AUTO REPAIR LLC
   REGISTERED AGENT:
   HOOPER, DYNASTIE
   7972 PINES BLVD #245563
   PEMBROKE PINE, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   RONALD E. STERN, ESQ.
   THE ADVOCACY LAW FIRM, P.A.
   1250 E. HALLANDALE BEACH BLVD., SUITE 503
   HALLANDALE BEACH, FLORIDA 33009
   ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 6, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN *Plaintiff(s)* | ) ) ) ) ) ) ` | |
| v. | | 0:21-cv-62084-WPD |
| PINNACLE AUTO REPAIR LLC, a Florida Limited Liability Company and STONETRUST INVESTORS, INC., a Florida Profit Corporation *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
STONETRUST INVESTORS INC.
REGISTERED AGENT:
RIQUER, JOSE G.
40 NICHOLAS CT
ORMOND BEACH, FL 32176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 6, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts