## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:21-CV-62084-WPD

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**PINNACLE AUTO REPAIR LLC, ET. AL.,**

OJF2021017306

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by Jeff Veri on the 7th day of October, 2021 at 4:00 pm to be served on **STONETRUST INVESTORS INC. C/O JOSE G. RIQUERR, R/A, 40 NICHOLAS CT, ORMOND BEACH, FL 32176**.

I, Jeff Veri, being duly sworn, depose and say that on the **14th day of October, 2021** at **10:10 am**, I:

served the **CORPORATION'S REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date, my initials and hour of service endorsed thereon by me, to: **JOSE G. RIQUERR** as **Registered Agent** at the address of: **40 NICHOLAS CT, ORMOND BEACH, FL 32176** on behalf of **STONETRUST INVESTORS INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 62, Sex: M, Race/Skin Color: HISPANIC, Height: 5'5", Weight: 195, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____
Subscribed and sworn to before me by means of physical presence on the 15th day of October, 2021 by the affiant who is personally known to me.

Notary Public
Print Name _____

LISA M. GARCIA
MY COMMISSION # HH 147149
EXPIRES: July 23, 2025
Bonded Thru Notary Public Underwriters

**Jeff Veri**
Process Server

**OJF SERVICES, INC.**
**13727 Sw 152 Street**
**Pmb354**
**Miami, FL 33177**
**(954) 929-4215**

Our Job Serial Number: OJF-2021017306