# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-62084-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

PINNACLE AUTO REPAIR LLC, a Florida Limited Liability Company and STONETRUST INVESTORS INC., a Florida Profit Corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PINNACLE AUTO REPAIR LLC ONLY WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of Defendant PINNACLE AUTO REPAIR LLC Only with Prejudice.

Dated this January 12, 2022.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:21-cv-62084-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

PINNACLE AUTO REPAIR LLC, a Florida Limited Liability Company and STONETRUST INVESTORS INC., a Florida Profit Corporation,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 12, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: *Ronald E. Stern*
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 E. Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:   (954) 639-7016
    Facsimile:   (954) 639-7198
    Attorney for Plaintiff

## **SERVICE LIST:**

HOWARD MICHAEL CAPLAN vs. PINNACLE AUTO REPAIR LLC, a Florida Limited Liability Company and STONETRUST INVESTORS INC., a Florida Profit Corporation

United States District Court Southern District Of Florida

CASE NO. 0:21-cv-62084-WPD

**PINNACLE AUTO REPAIR LLC**

**REGISTERED AGENT:**

HOOPER, DYNASTIE
7972 PINES BLVD #245563
PEMBROKE PINE, FL 33024

**VIA U.S. MAIL**

**STONETRUST INVESTORS INC.**

Whitney DuPree, Esq.
Florida Bar No. 110036
Jesse I. Unruh, Esq.
Florida Bar No. 91121
**SPIRE LAW, LLC**
2752 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
E-Mail: jesse@spirelawfirm.com, whitney@spirelawfirm.com, laura@spirelawfirm.com
Attorneys for Defendant

**VIA CM/ECF**